AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Geraci, Jr., Frank P. | United States District Court of Western District of New York | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
100 State Street
Rochester, NY 14614

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | New York State Retirement | $77,115.12 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | New York State Retirement System Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Geraci, Jr., Frank P.** | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae (Navient) | Educational Loans | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NYS 529 Coll Sav Pl - Mod Age Based Option: Disciplined Growth Port | A | Int./Div. | J | T | Buy (add'l) | 11/30/20 | J | | |
| 2. NYS 529 Coll Sav Pl - Mod Age Based Option: Aggressive Growth Port | A | Int./Div. | J | T | Buy (add'l) | 11/30/20 | J | | |
| 3. NYS 529 Coll Sav Pl - Mod Age Based Option: Moderate Growth Portfolio | A | Int./Div. | K | T | Buy (add'l) | 11/30/20 | J | | |
| 4. M&T Bank Accounts | A | Interest | K | T | Redeemed (part) | 11/30/20 | J | | |
| 5. E-Trade Financial - Paychex | A | Dividend | J | T | | | | | |
| 6. Akre Focus Instl | | None | | | Sold | 02/26/20 | J | | |
| 7. AQR Large Cap Defensive Style I | A | Int./Div. | J | T | Buy (add'l) | 05/14/20 | J | | |
| 8. | | | | | Sold (part) | 10/09/20 | J | | |
| 9. Baird Aggregate Bond Instl | A | Int./Div. | J | T | Buy | 10/09/20 | J | | |
| 10. Vanguard Total Bond Market ETF | A | Int./Div. | J | T | Buy (add'l) | 12/22/20 | J | | |
| 11. Doubleline Total Return Bond I | A | Int./Div. | J | T | Sold (part) | 10/09/20 | J | | |
| 12. Delaware Diversified Income Instl | A | Int./Div. | | | Sold (part) | 02/26/20 | J | | |
| 13. | | | | | Sold | 10/09/20 | J | | |
| 14. iShares JPMorgan USD Emerging Markets Bond ETF | A | Int./Div. | J | T | Buy (add'l) | 11/19/20 | J | | |
| 15. Hartford Equity Income I | A | Int./Div. | J | T | Buy | 05/14/20 | J | | |
| 16. iShares Core MSCI EAFE ETF | A | Int./Div. | J | T | Buy (add'l) | 11/19/20 | J | | |
| 17. iShares Core MSCI Emerging Markets ETF | A | Int./Div. | J | T | Buy (add'l) | 05/26/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 11/19/20 | J | | |
| 19.   iShares Core S&P Mid Cap ETF | A | Int./Div. | J | T | | | | | |
| 20.   iShares Core S&P US Growth ETF | A | Int./Div. | J | T | | | | | |
| 21.   iShares Core S&P US Value ETF | A | Int./Div. | J | T | Sold<br>(part) | 11/19/20 | J | | |
| 22.   iShares Russell 2000 ETF | A | Int./Div. | J | T | Buy<br>(add'l) | 11/19/20 | J | | |
| 23.   John Hancock Disciplined Value I | | None | | | Sold | 05/14/20 | J | | |
| 24.   MFS Research I | A | Int./Div. | J | T | | | | | |
| 25.   Invesco Developing Markets Y | A | Int./Div. | J | T | Buy | 10/09/20 | J | | |
| 26.   Invesco Main Street Small Cap Y | A | Int./Div. | J | T | Buy | 10/09/20 | J | | |
| 27.   T. Rowe Price US Treasury Intermediate | A | Int./Div. | J | T | Buy | 02/26/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 29.   Payden Low Duration Investor Cl | A | Int./Div. | J | T | Redeemed<br>(part) | 12/24/20 | J | | |
| 30.   iShares Edge MSCI USA Quality Factor<br>ETF | A | Int./Div. | J | T | | | | | |
| 31.   Clearbridge Large Cap Growth I | A | Int./Div. | J | T | Buy | 02/26/20 | J | | |
| 32. | | | | | Sold<br>(part) | 05/26/20 | J | | |
| 33.   Columbia Contrarian Core Instl Cl | A | Int./Div. | J | T | Sold<br>(part) | 07/20/20 | J | | |
| 34.   iShares TIPS Bond ETF | A | Int./Div. | J | T | Sold<br>(part) | 11/19/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares Broad USD High Yield Corporate Bond ETF | A | Int./Div. | J | T | | | | | |
| 36. iShares Edge MSCI Min Volatility ETF | A | Int./Div. | K | T | Sold (part) | 11/19/20 | J | | |
| 37. Vanguard Intermediate Term Corp Bond ETF | A | Int./Div. | J | T | | | | | |
| 38. Vanguard Total Stock Market ETF | A | Int./Div. | J | T | Sold (part) | 11/19/20 | J | | |
| 39. Western Asset Core Plus Bond I | A | Int./Div. | | | Sold | 05/14/20 | J | | |
| 40. JPMorgan Core Bond I | A | Int./Div. | J | T | | | | | |
| 41. Barclays Bank Buf Supertrack Note Linked SX5E | | None | K | T | | | | | |
| 42. JPMorgan Chase S&P Economic Cycle Factor Rotator CD | A | Int./Div. | J | T | | | | | |
| 43. JPMorgan Chase Capped Buffered Returned Enhanced Notes Linked Russell | | None | J | T | | | | | |
| 44. JPMorgan Chase Capped Buffered Returned Enhanced Notes Linked Nasdaq | | None | J | T | | | | | |
| 45. JPMorgan Chase Capped Buffered Returned Enhanced Notes Linked EEM | | None | K | T | | | | | |
| 46. AB High Income Advisor CL | A | Int./Div. | J | T | | | | | |
| 47. Doubleline Core Fixed Income I | B | Int./Div. | K | T | Redeemed (part) | 12/08/20 | J | | |
| 48. iShares Edge MSCI Min Volatility Emerging Markets ETF | A | Int./Div. | J | T | | | | | |
| 49. First Trust Capital Strength ETF | A | Int./Div. | K | T | Buy | 11/30/20 | K | | |
| 50. First Trust Value Line Dividend ETF | A | Int./Div. | K | T | Buy (add'l) | 11/30/20 | J | | |
| 51. PGIM Short Duration High Yield Income Z | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | MFS Emerging Markets Debt I | A | Int./Div. | J | T | | | | | |
| 53. | Nuveen Preferred Securities and Income I | A | Int./Div. | J | T | | | | | |
| 54. | PGIM Absolute Return Bond Z | A | Int./Div. | K | T | | | | | |
| 55. | Invesco S&P 500 Buy Write Portfolio ETF | A | Int./Div. | | | Sold | 11/30/20 | J | | |
| 56. | PGIM Short Term Corporate Bond Z | A | Int./Div. | J | T | | | | | |
| 57. | PIMCO Income Cl I2 | A | Int./Div. | J | T | | | | | |
| 58. | Invesco QQQ ETF | A | Int./Div. | K | T | Buy | 11/30/20 | K | | |
| 59. | SPDR SSGA Multi Asset Real Return ETF | A | Int./Div. | J | T | Sold<br>(part) | 11/30/20 | J | | |
| 60. | Invesco S&P 500 Pure Growth ETF | A | Int./Div. | | | Sold | 11/30/20 | K | | |
| 61. | Invesco S&P 500 Low Volatility ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 11/30/20 | J | | |
| 62. | SPDR S&P 500 ETF | A | Int./Div. | | | Sold | 11/30/20 | K | | |
| 63. | Vanguard Small Cap Value ETF | A | Int./Div. | J | T | | | | | |
| 64. | Vanguard FTSE Developed Markets ETF | A | Int./Div. | | | Sold | 11/30/20 | K | | |
| 65. | Invesco S&P Mid Cap Low Volatility ETF | A | Int./Div. | K | T | | | | | |
| 66. | Invesco S&P Small Cap Low Volatility ETF | A | Int./Div. | J | T | | | | | |
| 67. | First Trust NYSE Arca Biotechnology Index ETF | | None | J | T | Buy | 11/30/20 | J | | |
| 68. | First Trust Dow Jones Internet Index ETF | | None | J | T | Buy | 11/30/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

- Part VII. The NYS 529 Coll Sav Pl - Moderate Age Based Option: Blended Growth was automatically exchanged into the NYS 529 Coll Sav Pl - Moderate Age Based Option: Discliplined Growth Portfolio.

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank P. Geraci, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544